UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES LUNSFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.:   1:22-cv-769 ) ) |
| MSCKI, LLC d/b/a KILLER INSTINCT, | ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, MSCKI, LLC d/b/a Killer Instinct, by counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this *Notice of Removal* to remove the above-captioned lawsuit to this Court. Defendant, appearing only to effect removal, and preserving all available defenses, states:

### VENUE

1. On March 11, 2022, Plaintiff filed his Complaint for Damages ("Complaint") against Defendant in the Superior Court of Howard County, Indiana, under cause number 34D01-2203-CT-000523 (the "State Court Action"). The Complaint is attached as **Exhibit A**.

2. Removal of the State Court Action to the Southern District of Indiana, Indianapolis Division, is proper under 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces Howard County, where the State Court Action is pending.

### REMOVAL IS TIMELY AND PROPER

1. On or around March 18, 2022, Defendant was served with a Summons and Plaintiff's Complaint for Damages.

2. On April 12, 2022, the undersigned counsel entered their appearances for Defendant in the State Court Action and moved for an extension of time to respond to Plaintiff's Complaint up to and including May 11, 2022.

3. There have been no other proceedings in the State Court Action.

4. Thus, Defendant's Notice of Removal is timely under 28 U.S.C. § 1446(b).

## DIVERSITY JURISDICTION EXISTS

1. Under 28 U.S.C. § 1332(a), this Court has original jurisdiction over the State Court Action because Plaintiff and Defendant are citizens of different states and the amount in controversy is over $75,000, exclusive of interest and costs.

2. Plaintiffs, James Lunsford, is a natural person and citizen of Indiana.

3. Defendant MSCKI, LLC d/b/a Killer Instinct is a citizen of Michigan.

4. The State Court Action arises out of alleged damages related to alleges injuries resulting from an allegedly defective crossbow. Upon information and belief, Plaintiff's claimed damages are greater than $75,000 exclusive of interests and costs.

5. The State Court Action does not fall within any class of actions under which applicable rules, laws, or statutes limit or prohibit removal to this Court.

6. For these reasons, the State Court Action is properly removed to this Court under 28 U.S.C. §§ 1367, 1441, and 1446.

## STATUTORY REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as **Exhibit B** and includes the State Court Record as of the date of this Notice of Removal, including the following: Complaint, Appearance, Summonses, Certificate of Service, Appearance, and Motion for Enlargement of Time.

8. Pursuant to 28 U.S.C. § 1446(d), Defendants will file a copy of this Notice of Removal with the Superior Court of Howard County, Indiana, and Defendant will serve Plaintiff with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Defendant, MSCKI, LLC d/b/a Killer Instinct, gives notice of the removal of the State Action to this Court.

Respectfully,

*s/ Ronald Gilbert*
DINA M. COX, #18590-49
RONALD GILBERT, III, # 35530-49
LEWIS WAGNER, LLP
Suite 102
1411 Roosevelt Avenue
Indianapolis, IN 46201
**Counsel for Defendant Samsung SDI Co., LTD**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
brads@kennunn.com
***Counsel for Plaintiff***

                                    *s/ Ronald Gilbert*
                                    RONALD C. GILBERT, III

LEWIS WAGNER, LLP
Suite 102
1411 Roosevelt Avenue
Indianapolis, IN 46201
Telephone:    317-237-0500
Facsimile:    317-630-2790
dcox@lewiswagner.com
rgilbert@lewiswagner.com