| STATE OF INDIANA | ) | IN THE HOWARD | COURT |
|---|---|---|---|
|  | ) SS: |  |  |
| COUNTY OF HOWARD | ) | CAUSE NO. |  |

JAMES LUNSFORD

    VS.

MSCKI, LLC d/b/a KILLER INSTINCT

# **COMPLAINT FOR DAMAGES**

## **FIRST CAUSE OF ACTION**

    Comes now the plaintiff, James Lunsford, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, MSCKI, LLC d/b/a Killer Instinct, alleges and says:

1. That on or about February 9, 2022, the plaintiff, James Lunsford, received permanent injuries when a piece of a Killer Instinct brand crossbow broke off and punctured his eye.

2. That said incident occurred in Howard County, Indiana.

3. That said crossbow was negligently designed, manufactured, and placed into the stream of commerce by Defendant, MSCKI, LLC d/b/a Killer Instinct.

4. Defendant knew or should have known of the dangers of this product and failed to warn plaintiff.

5. That aforesaid acts of negligence and fault and the unreasonably dangerous defective condition of the Killer Instinct brand crossbow caused James Lunsford to sustain permanent injuries.

6. That the plaintiff incurred medical expenses, lost wages, and other special expenses in an amount to be proven at the trial of this cause, as a direct and proximate result of defendant's negligence.

    WHEREFORE, Plaintiff demands judgment against the Defendant in an amount to be proven at the trial of this cause, for permanent personal injuries, pain and suffering and other pecuniary and non-pecuniary losses and damages.

KEN NUNN LAW OFFICE

BY:   s/ Nathan D. Foushee
      Nathan D. Foushee, #24885-49
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN   47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: nathanf@kennunn.com

## SECOND CAUSE OF ACTION

Comes now the Plaintiff, James Lunsford, by counsel, Ken Nunn Law Office, and for Second Cause of Action against Defendant, MSCKI, LLC d/b/a Killer Instinct, alleges and says:

7.   Plaintiff incorporates by reference rhetorical paragraphs 1 - 6 of the First Cause of Action herein.

8.   This action is brought pursuant to the provisions of the Indiana Product Liability Statute, I.C. 34-20-1-1, *et. seq.*, on the theory of strict liability in tort.

9.   Defendant is a "seller" engaged in business as a manufacturer, wholesaler, retail dealer, lessor or distributor of the Killer Instinct crossbow described herein within the meaning of that term as defined by I.C. 34-20-1-1, *et. seq.*

10.  Plaintiff is a "user or consumer" within the meaning of the term as defined by I.C. 34-20-1-1, *et. seq.*

11.  The Killer Instinct brand crossbow described herein is a "product" within the meaning of that term as defined by I.C. 34-20-1-1, *et. seq.*

12.  The Killer Instinct brand crossbow was "unreasonably dangerous" as defined by I.C.  34-20-1-1, *et. seq.*

3

13. James Lunsford suffered "physical harm" within the meaning of that term as defined in I.C. 34-20-1-1, *et. seq.*

14. The Killer Instinct brand crossbow was a defective product as defined by I.C. 34-20-1-1, *et. seq.*

15. The Killer Instinct brand crossbow was expected to and did reach James Lunsford without substantial alteration in the condition in which it was sold or placed in the stream of commerce.

16. James Lunsford was in the class of persons that defendants reasonably foresaw or should have reasonably foreseen as being subject to the harm caused by the defective condition of the Killer Instinct brand crossbow.

17. James Lunsford did not know of the defect and was not aware of the danger caused by the defective condition of the Killer Instinct brand crossbow.

18. James Lunsford did not misuse the Killer Instinct brand crossbow.

19. On or about February 9, 2022, James Lunsford sustained permanent personal injuries, pain and suffering and other pecuniary and non-pecuniary losses and damages as a direct and proximate result of the unreasonably dangerous defective condition of the Killer Instinct brand crossbow.

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount to be proven at the trial of this cause, for permanent personal injuries, pain and suffering and other pecuniary and non-pecuniary losses and damages court costs, and for all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY:  *s/ Bradford J. Smith*
     Bradford J. Smith, #22783-47
     KEN NUNN LAW OFFICE
     104 South Franklin Road
     Bloomington, IN   47404
     Phone: (812) 332-9451
     Fax: (812) 331-5321
     E-mail: brads@kennunn.com

## **REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE


BY:   *s/ Bradford J. Smith*
      Bradford J. Smith, #22783-47
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN   47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: brads@kennunn.com


Bradford J. Smith, #22783-47
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:   812-332-9451
Fax Number:    812-331-5321
Attorney for Plaintiff